IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN J. BEACHAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-00568-JD |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 4] recommending that (1) Petitioner Steven J. Beacham's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied and (2) Mr. Beacham be ordered to pay the $5.00 filing fee in full to the Clerk of Court within fourteen days of this Court's Order adopting the Report and Recommendation. [Doc. No. 4 at 2]. Judge Mitchell advised Mr. Beacham that he may file an objection to the Report and Recommendation with the Clerk of Court by August 14, 2020, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. *[Id.]. See also* 28 U.S.C. § 636.

The record reflects that no objection to the Report and Recommendation has been filed by the deadline, and no extension of time to object has been requested. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991) (explaining that the Tenth Circuit's "firm waiver rule" "provides that the failure to make timely objection to the magistrate

[judge]'s findings or recommendations waives appellate review of both factual and legal questions").

The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Mr. Beacham's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED**. Mr. Beacham is **ORDERED** to pay the filing fee of $5.00 in full to the Clerk of Court within fourteen (14) days of this Order, or no later than **September 16, 2020**. Failure to comply with this Order and pay the $5.00 filing fee to the Clerk of Court in full by the deadline of September 16, 2020 may result in this case being dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September 2020.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE